**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00927-CV

### PROPHET EQUITY LP AND ROSS GATLIN, Appellants

### V.

### TWIN CITY FIRE INSURANCE COMPANY, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12313**

## ORDER

Before the Court is appellants' December 4, 2017 unopposed motion for consideration of supplemental *in camera* record. The motion recites that, in accordance with an agreed protective order signed by the trial judge, certain documents filed in the trial court were redacted before filing, and unredacted copies of those documents were given to the trial judge and the parties. The motion further recites the copies given to the trial judge "no longer exist[]." Asserting those unredacted copies are necessary for the disposition of the appeal, appellants move to have binders containing unredacted copies of those documents accepted by the Court. The binders have been delivered to the Clerk of the Court pending disposition of the motion for consideration.

We **GRANT** the motion to the extent we **ORDER** the parties to deliver, no later than December 13, 2017, a copy of the unredacted documents to the trial court clerk for inclusion in a supplemental clerk's record that shall be filed under seal. *See* TEX. R. APP. P. 34.5(e). The parties may deliver to the trial court clerk the binders given to the Clerk of the Court, but in no event, shall the binders in the Clerk's possession not be retrieved by December 15, 2017. We further **ORDER** Dallas County District Clerk Felicia Pitre to file the supplemental clerk's record by December 26, 2017 and **ORDER** appellants to file their brief by January 26, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    CRAIG STODDART
       JUSTICE